**[J-50-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF QAWI ABDUL-RAHMAN AS DEMOCRATIC CANDIDATE FOR MUNICIPAL COURT JUDGE IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA) OBJECTION OF: JOHN BRADY | : : : : : : : : : : : | No. 13 EAP 2025<br><br>Appeal from the Order of the Commonwealth Court at docket No. 102 MD 2025 dated April 1, 2025.<br><br>SUBMITTED:  April 17, 2025 |
| APPEAL OF: JOHN BRADY | | |

**ORDER**

**PER CURIAM**

AND NOW, this 21st day of April, 2025, the order of the Commonwealth Court is AFFIRMED.